1 | MARK D. LONERGAN (State Bar No. 143622)
mdl@severson.com
2 | MARY KATE SULLIVAN (State Bar No. 180203)
mks@severson.com
3 | REBECCA S. SAELAO (State Bar No. 222731)
rss@severson.com
4 | ALISA A. GIVENTAL (State Bar No. 273551)
aag@severson.com
5 | SEVERSON & WERSON
A Professional Corporation
6 | One Embarcadero Center, Suite 2600
San Francisco, California 94111
7 | Telephone: (415) 398-3344
Facsimile: (415) 956-0439
8 |
Attorneys for Defendant
9 | WELLS FARGO BANK, N.A.

10 |

11 | **UNITED STATES DISTRICT COURT**

12 | **SOUTHERN DISTRICT OF CALIFORNIA**

13 |

14 | MICHAEL STOFF, an individual, on behalf of himself and all others similarly situated,

Case No. 3:21-cv-00793-BEN-KSC
Hon. Roger T. Benitez

16 |             Plaintiff,

**DEFENDANT WELLS FARGO BANK, N.A.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**

17 |       vs.

18 | WELLS FARGO BANK, N.A. and DOES 1 through 10,

Date:      June 14, 2021
Time:      10:30 a.m.
Crtrm.:   5A (Schwartz)

19 |             Defendants.

20 |

Action Filed:   June 18, 2020
FAC Filed:      January 19, 2021
SAC Filed:      March 23, 2021
Removal Filed:  April 22, 2021

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

07685.2472/15739332.1                                                      3:21-cv-00793-BEN-KSC

DEFENDANT WELLS FARGO BANK, N.A.'S NOTICE OF MOTION AND MOTION TO DISMISS
PLAINTIFF'S SECOND AMENDED COMPLAINT

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on June 14, 2021, at 10:30 a.m., or as soon thereafter as counsel may be heard before the Honorable Roger T. Benitez in Courtroom 5A of the above-entitled court located at the 221 W. Broadway, San Diego, CA 92101, Defendant WELLS FARGO BANK, N.A. ("Defendant") will and hereby does move to dismiss Plaintiff's Second Amended Complaint and each of its counts.

Defendant brings this motion pursuant to Fed. R. Civ. P. ("Rule") 12(b)(6) on the ground that the Complaint fails to allege any claim on which relief may be granted. Simultaneously herewith, Defendant also moves to strike or in the alternative dismiss the class allegations, pursuant to Rule 12.

The motion is based on this notice of motion and motion, the accompanying memorandum of points and authorities, the motion to dismiss or in the alternative strike plaintiff's class allegations and accompanying memorandum of points and authorities, filed on this same date, the Second Amended Complaint, the records on file in this action, and any further briefs, evidence, authorities, or argument presented at or before the hearing of this motion.

DATED:  April 29, 2021

SEVERSON & WERSON
A Professional Corporation

By:  _/s/ Rebecca S. Saelao_
　　　Rebecca S. Saelao

Attorneys for Defendant
WELLS FARGO BANK, N.A.

07685.2472/15739332.1 　　　　　　　　　1 　　　　　　　　3:21-cv-00793-BEN-KSC

DEFENDANT WELLS FARGO BANK, N.A.'S NOTICE OF MOTION AND MOTION TO DISMISS
PLAINTIFF'S SECOND AMENDED COMPLAINT